UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ) | |
| JENNIFER SANTOS, REVENUE OFFICER ) | |
| OF THE INTERNAL REVENUE SERVICE ) | |
| ) | |
| v. ) | NO. 3:13-1064 |
| ) | JUDGE CAMPBELL |
| ROVILIO CRUZ ) | |

ORDER

Pending before the Court is a Motion for Stay Because of Lapse of Appropriations (Docket No. 4). The Motion is MOOT.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE